# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**BEST WESTERN INTERNATIONAL INC.,**

    **Plaintiff,**

**vs.**                                                   **Case No. 4:10mc8-RH/WCS**

**BHUPENDRA B. VAGHMAR,**

    **Defendant,**

**and**

**WACHOVIA BANK, et al.,**

    **Garnishees.**

                                                    /

## REPORT AND RECOMMENDATION

Plaintiff and Defendant have filed a joint stipulation for an order dissolving the writs of garnishment and voluntary dismissal of this proceeding.  Doc. 48.  Good cause has been shown.

Accordingly, it is **RECOMMENDED** that the Court **GRANT** joint stipulation, doc. 48, **DISSOLVE** the five Writs of Garnishment issued against Garnishees PeoplesSouth Bank, The Bank of Bonifay, Community South Credit Union, Wachovia Bank and Regions Bank, docs. 7 and 11, **DISCHARGE** the Garnishees from further liability under

the Writs, **DISMISS** the proceeding, and **DIRECT** the Clerk to release to Plaintiff all funds that remain deposited with the Clerk and close the file.

**IN CHAMBERS** at Tallahassee, Florida, on May 20, 2010.

s/ William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**

### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 14 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 14 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**

Case No. 4:10mc8-RH/WCS