# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

BEST WESTERN INTERNATIONAL, INC.,

    Plaintiff,

v.                                                      CASE NO. 4:10mc8-RH/WCS

BHUPENDRA B. VAGHMAR et al.,

    Defendants.

_____/

## ORDER DISCHARGING THE WRITS OF GARNISHMENT AND AWARDING PEOPLESSOUTH A LIMITED ATTORNEY'S FEE

This case is before the court on the magistrate judge's report and recommendation, ECF No. 50. No objections have been filed. Upon consideration,

IT IS ORDERED:

1. The report and recommendation is ACCEPTED and adopted as the court's opinion. The five writs of garnishment—to garnishees PeoplesSouth Bank, The Bank of Bonifay, Community South Credit Union, Wachovia Bank, and Regions Bank—*see* ECF Nos. 7, 11, are DISSOLVED. The garnishees are discharged from any further liability under the writs. The garnished funds are

released.

    2. The clerk must pay to PeoplesSouth Bank the $100 deposit for the writ of garnishment directed to it. PeoplesSouth's motion for a greater fee, ECF No. 16, is DENIED without prejudice to the assertion of a contractual claim against the defendant through offset or in a proceeding separate from this garnishment proceeding.[1]

    3. The clerk must enter a judgment dismissing this garnishment proceeding.

SO ORDERED on June 28, 2010.

                                      s/Robert L. Hinkle
                                      United States District Judge

---

[1] The basis for the denial of a greater fee in this proceeding is this. As part of a garnishment proceeding, a garnishee may recover fees for responding to the writ as a disinterested stakeholder, but the garnishee may not recover fees for asserting its own separate claim to the funds. *See All Am. Semi-Conductor, Inc. v. Ellison Graphics Corp.*, 594 So. 2d 342, 342 (Fla. 4th DCA 1992); *Ebsary Found. Co. v. Barnett Bank of S. Fla., N.A.*, 569 So. 2d 806, 807 (Fla. 3d DCA 1990). PeoplesSouth has not established that it incurred fees in excess of $100 as a disinterested stakeholder. To the contrary, most of the fees apparently arose from PeoplesSouth's claim to an offset for its own benefit. PeoplesSouth may or may not be entitled to recover those fees under a separate contract with the defendant—an issue not addressed by this order—but the fees are not recoverable in this garnishment proceeding.